██ In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOP-MENT AGENCY, Respondent, Relative to Acquiring Certain Interests in the Carousel Center Site for the Phased Public Project Known as DestiNY USA. LORD & TAYLOR CAROUSEL, INC., Appellant; CAROUSEL CENTER COMPANY, L.P., Respondent. (Appeal No. 13.) [821 NYS2d 502]—Appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered May 12, 2006 in a proceeding pursuant to EDPL article 4. The order, among other things, denied the motion of respondent Lord & Taylor Carousel, Inc. to dismiss the petition, granted the petition and authorized petitioner to acquire by condemnation certain Carousel Center interests of that respondent.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.

██ DOUGLAS S. GATES, as Permanent Receiver of Genesee Hospital, Pursuant to Article 12 of the Not-For-Profit Corporation Law, Appellant-Respondent, v DANIEL MEYERS, in His Capacity as Petitioner for Dissolution of Genesee Hospital, Respondent, et al., Respondents-Appellants, and ELIOT SPITZER, as Attorney General of State of New York, Respondent. [821 NYS2d 503]—Appeal and cross appeals from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered March 22, 2004. The order granted in part and denied in part plaintiff's motion for summary judgment and granted in part and denied in part the cross motions of defendants Manufacturers and Traders Trust Company, in its capacity as trustee on behalf of certain bond holders under the terms of a certain indenture of trust dated as of December 1, 1991, and Rochester General Hospital for summary judgment.

Now, upon reading and filing the stipulation discontinuing the appeal and cross appeals signed by the attorneys for plaintiff-appellant-respondent and defendants-respondents-appellants and filed August 7, 2006 and the statement stipulating to the discontinuance of the appeal and cross appeals signed by the attorney for defendant-respondent Daniel Meyers, in his capacity as petitioner for dissolution of Genesee Hospital, and filed August 29, 2006,

It is hereby ordered that said appeal and cross appeals be and the same hereby are dismissed without costs upon stipulation. All concur, Lawton, J., not participating. Present—Green, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.